**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| Aplonda Williams, on behalf of herself and all similarly situated individuals, | |
| Plaintiff, | Civil Action: 2:25-cv-01285 <br> Chief Judge Sarah D. Morrison <br> Magistrate Judge Chelsey M. Vascura |
| v. | |
| Nationwide Healthcare Services, LLC | **ORDER GRANTING** <br> **TEMPORARY STAY OF** <br> **PROCEEDINGS** |
| Defendant. | |

This matter is before the Court on Plaintiff's Status Report and Motion for Temporary Stay of Proceedings (ECF No. 14). For good cause shown, the Motion is **GRANTED.**

All pending motions, all pending discovery, and all related deadlines in this case will continue to be **STAYED** up and until **MAY 21, 2026**, at which time Plaintiff must either move for preliminary approval or the Parties must submit a joint status report on the settlement.


 s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE