## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| Aplonda Williams, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>Nationwide Healthcare Services, LLC<br><br>    Defendant. | Civil Action: 2:25-cv-01285<br>Chief Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura<br><br><br>**ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS** |

This matter is before the Court on the Parties' Joint Status Report and Motion for Temporary Stay of Proceedings (ECF No. 16). For good cause shown, the Motion is **GRANTED.**

All pending motions, all pending discovery, and all related deadlines in this case will continue to be **STAYED** up and until **JUNE 25, 2026**, at which time Plaintiff must either move for preliminary approval or the Parties must submit a joint status report on the settlement.

    **IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE